UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Warren Picard</u>

       v.                         Case No. 09-cv-25-SM

<u>Nashua Police Department, et al.</u>

### <u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 20, 2009, no objection having been filed, for the reasons set forth therein. This case will proceed with the excessive force claim against defendant Treem and inadequate medical care claim against defendants Treem and Garneaus. Defendant Nashua Police Department is hereby dismissed from this action.

    SO ORDERED.

May 14, 2009

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Warren Picard, pro se